IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 31 2011

GREGORY C. LANGHAM
_____ CLERK

Civil Action No. 11-cv-00123-BNB

SCOTT RUSSELL GORDON, and
PATRICIA ANN GORDON,

      Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

      Defendant.

---

## ORDER TO CURE DEFICIENCY

---

This matter is before the Court on Plaintiffs' Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 [Doc. No. 2] filed on January 18, 2011. The Court inadvertently failed to advise the Plaintiffs that **each Plaintiff** must file his or her own Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, on the court-approved form, with his or her original signature and a notarized affidavit. Plaintiff Scott Russell Gordon signed the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed on January 11, 2011, but no such filing is made by Patricia Ann Gordon. Accordingly, it is

ORDERED that Plaintiff Patricia Ann Gordon submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, within **30 days from the date of this Order**. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiffs, together with a copy of this Order, two copies of the following form: Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the January 21, 2011 Order Granting Plaintiffs Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. No. 4) is VACATED. It is

FURTHER ORDERED that, if Plaintiff Patricia Ann Gordon, fails to file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 within the time allowed, the complaint and this action will be dismissed without further notice.

DATED January 31, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00123

Scott Russell Gordon and
Patricia Ann Gordon
4454 Starflower Drive
Fort Collins, CO 80526

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form** to the above-named individuals on January 31, 2011.

                                            GREGORY C. LANGHAM, CLERK

                                          By: _____
                                                     Deputy Clerk