FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 07 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00123-BNB

SCOTT RUSSELL GORDON, and
PATRICIA ANN GORDON,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

---

## ORDER DISMISSING PLAINTIFF

---

This matter is before the Court on Plaintiffs' Motion to Remove a Plaintiff from a Civil Proceeding (Doc. No. 7), filed on March 1, 2011. Plaintiffs request that Plaintiff Patricia Ann Gordon be dismissed from this action because she has no legal interest in the real property at issue in the state foreclosure proceeding and is not seeking any injunctive relief or damages on her own behalf. Accordingly, it is

ORDERED that Plaintiff's Motion to Remove a Plaintiff from a Civil Proceeding (Doc. No. 7) is GRANTED. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Patricia Gordon is dismissed from this action. It is

FURTHER ORDERED that the caption shall be amended to reflect Scott Russell Gordon as the sole Plaintiff.

DATED at Denver, Colorado, this _7th_ day of ___March___, 2011.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00123-BNB

Scott Russell Gordon and
Patricia Ann Gordon
4454 Starflower Drive
Fort Collins, CO 80526

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 7, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk