IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 08 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00123-BNB

SCOTT RUSSELL GORDON,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff, Scott Russell Gordon, filed *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. No. 2) on January 18, 2011. Although the Motion and Affidavit were purportedly filed by both Scott Russell Gordon and Patricia Ann Gordon, Ms. Gordon did not sign the Motion and Affidavit as required by 28 U.S.C. § 1915. Furthermore, Patricia Ann Gordon was dismissed from this action by Order dated March 7, 2011 (Doc. No. 8). Accordingly, the Court construes the January 18, 2011, Motion as filed solely by Plaintiff Scott Russell Gordon. The Motion and Affidavit indicate that Scott Russell Gordon should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of his inability to prepay fees or give security therefor. Accordingly it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. No. 2) is granted. It is

FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C.

§ 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED March 8, 2011, at Denver, Colorado.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00123-BNB

Scott Russell Gordon
4454 Starflower Drive
Fort Collins, CO 80526

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 8, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk